UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| BOBBY D. WILLIAMS,<br><br>        Plaintiff,<br>    v.<br><br>BOBBIE J. STITT, SCOTT I. GRIFFIN, and SCOTT I. BASSIN,<br><br>        Defendants.<br>_____/ | No. C 14-00760 LB<br><br>**ORDER CONFIRMING DISMISSAL OF DEFENDANT SCOTT BASSIN**<br><br>[Re: ECF No. 17] |

Plaintiff Bobby Williams filed a complaint on February 19, 2014 that named Scott I. Bassin as a Defendant. Complaint, ECF No. 1.[1] On March 31, 2014, Defendants moved to dismiss Plaintiffs' complaint. Motion to Dismiss, ECF No. 11. In response, Plaintiffs timely filed a First Amended Complaint within 21 days in accordance with Federal Rule of Civil Procedure 15(a)(1)(B). First Amended Complaint, ECF No. 15. The court thus denied the motion to dismiss the original complaint as moot. *See* ECF No. 16.

The First Amended Complaint dropped Mr. Bassin as a defendant. *See* ECF No. 15. Mr. Bassin filed a motion to confirm that he is no longer a defendant. *See* ECF No. 17. The court confirms that he is no longer a defendant. *See* CALIFORNIA PRACTICE GUIDE: FEDERAL CIVIL PROCEDURE BEFORE TRIAL §§ 8:1386 (amendment under Rule 15 may be used to drop a party), 8:1551 (amended

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronic page number at the top of the document, not the pages at the bottom.

No. C 14-00760 LB
ORDER

complaint that voluntarily drops a defendant named in the original complaint effectively dismisses that defendant from the action) (The Rutter Group 2013).

This disposes of ECF No. 17.

**IT IS SO ORDERED.**

Dated: April 28, 2014

_____
LAUREL BEELER
United States Magistrate Judge