UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

Bobby D. Williams            No. C 14-00760 LB

    Plaintiff

v.

Bobbie J. Stitt, et al

    Defendants

**ORDER**

The substitution of local co-counsel from Mr. Robert J. Begley to Ms. Valerie Metrakos [Doc 22] is hereby approved and so ORDERED.

_____
Laurel Beeler
United States Magistrate Judge

Date: May 12, 2014