IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOBBY D. WILLIAMS,

    Plaintiff,

v.

BOBBIE J. STITT, and STANLEY AND HEATHER FITCH,

    Defendants.
                                     /

No. C 14-00760 WHA

**JUDGMENT**

    Judgment is **HEREBY ENTERED** against plaintiff and in favor of defendants.  The Clerk **SHALL CLOSE THE FILE.**

    **IT IS SO ORDERED.**

Dated: September 5, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE